

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-20-00394-CR

Rosendo V. **MALDONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5600
Honorable Stephanie R. Boyd, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so ORDERED on September 30, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court